# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

JAMES SPRINGER,

Plaintiff - Appellant,

v.

No. 24-2087
(D.C. No. 1:23-CV-00499-MIS-JMR)
(D. N.M.)

SEVENTH JUDICIAL DISTRICT
COURT, et al.,

Defendants - Appellees.

_____

**MEMORANDUM IN OPPOSITION TO DISPOSTIONAL ORDER**
_____

COMES NOW Appellant James Springer, through undersigned counsel, respectfully offers his memorandum in opposition to the Court's proposed summary disposition.

Mr. Springer agrees, generally, this court's jurisdiction is limited to review of final decisions. 28 U.S.C. § 1291. Here, a review of the docket by the Court clearly delineates that no amendment was filed within the 14 days (deadline of June 14, 2024) provided for by the district court's order. *See* ECF No. 114 at 19, ¶ 6. Thus, the window for any further litigation before the district court has closed and the decision became final when

the condition precedent of the filing of an amended proceeding was foregone by Mr. Springer. Thus, given that a final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute judgment." *Cunningham v. Hamilton Cnty., Ohio*, 527 U.S. 198, 204 (1999) (internal quotations omitted). "An order that . . . sets the stage for further trial court proceedings is not final." *Hayes Fam. Tr. v. State Farm Fire & Cas. Co.*, 845 F.3d 997, 1003 (10th Cir. 2017). Thus, there is **no** stage available to be set by operation of the district court's order for any further proceedings, nor is there anything left for the district court to do on this date after June 14th has come and gone but to execute judgement.

Respectfully submitted,

WESTERN AGRICULTURE,
RESOURCE AND BUSINESS
ADVOCATES, LLP

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

## CERTIFICATE OF SERVICE

I, A. Blair Dunn, hereby certify that on June 18, 2024, I caused a copy of the foregoing to be served upon parties of record.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.
400 Gold Ave. SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com