FILED
United States Court of Appeals
Tenth Circuit

June 20, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――――

JAMES SPRINGER,

    Plaintiff - Appellant,

v.

SEVENTH JUDICIAL DISTRICT COURT, et al.,

    Defendants - Appellees.

No. 24-2087
(D.C. No. 1:23-CV-00499-MIS-JMR)
(D. N.M.)

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

This matter is before the court on the filing of appellant James Springer's response to the court's June 18, 2024 order.

Upon consideration, the court orders appellees to file a written response to Mr. Springer's submission. Appellees shall address the issues raised by the court's June 18, 2024 order and also respond to Mr. Springer's submission. Appellees' written response shall be served and filed on or before July 8, 2024.

Merits briefing remains suspended. *See* 10th Cir. R. 27.3(C).

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk