FILED
United States Court of Appeals
Tenth Circuit

July 9, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

JAMES SPRINGER,

    Plaintiff - Appellant,

v.

SEVENTH JUDICIAL DISTRICT COURT, et al.,

    Defendants - Appellees.

No. 24-2087
(D.C. No. 1:23-CV-00499-MIS-JMR)
(D. N.M.)

_____

**ORDER**
_____

This matter is before the court on appellees' *Reply to Plaintiff's Response to June 18, 2024 Order*.

Upon consideration, the court refers the issues raised by its June 18, 2024 order, as well as each side's responsive briefs, to the panel of judges that later will be assigned to consider this appeal on its merits. No decision on the issues raised by the June 18, 2024 order will issue at this time.

At their discretion, the parties may further address appellate jurisdiction in their merits briefing, or they may choose to rest on their jurisdictional briefing filed to date; the court does not require any further briefing on the issues raised by its June 18, 2024 order.

The court also lifts the suspension of merits briefing imposed by its June 18, 2024 order. Appellant James Springer shall serve and file his opening brief and appendix on or

before August 19, 2024. Subsequent briefing shall proceed in accordance with Federal Rule of Appellate Procedure 31.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk